



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2019

**VIA CM/ECF AND EMAIL**

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States</u> v. <u>Tortora</u>, S1 18 Cr. 537 (SHS)

Dear Judge Stein:

      In connection with the investigation of the above-captioned matter, various search warrants were duly issued by magistrate judges in the Southern District of New York. Relevant here, on or about August 1, 2018, Magistrate Judge Gorenstein issued a warrant authorizing the search and seizure of certain items found on the premises maintained at One Saw Mill River Road in Yonkers, New York. That warrant was assigned docket number 18 Mag. 6579 and is being maintained under seal by the magistrate clerk's office.

      Defense counsel has advised that counsel seeks to inspect the original warrant in order to view the issuing judge's signature. Counsel further advised that, upon inquiry to the magistrate clerk's office, the warrant was returned and docketed on August 21, 2018 as number 207, under sealed docket number M9-150, and is not available for inspection absent an order of the Court. In connection with the defense's request, the Government respectfully requests the entry of a limited unsealing order which would permit the magistrate clerk's office to unseal the above-described warrant for the limited purpose of inspection by the parties. A proposed order is attached for the Court's consideration.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: _____
      Jessica Fender / Anden Chow /
      Lauren Schorr
      Assistant United States Attorneys
      (212) 637-2276 / 2348 / 2299