

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

October 7, 2019

**BY ECF**

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Tortora**, S1 18 Cr. 537 (SHS)

Dear Judge Stein:

      The Government writes respectfully to request a brief extension of the date by which it must respond to the defendant's motions. On or about September 9, 2019, the defendant filed pretrial motions. The Government's response is due Wednesday, October 9, 2019. In light of the holiday on October 9, the Government respectfully requests an extension until Friday, October 11, 2019, to file its response to the defendant's motions. Defense counsel consents to this request.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:    /s/
      Jessica Fender / Anden Chow /
      Lauren Schorr Potter
      Assistant United States Attorneys
      (212) 637-2276 / 2348 / 2299

cc: All Defense Counsel (by ECF)