USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA, : 18-Cr-537 (SHS)

-v- :

JOHN TORTORA, : ORDER

Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The attorney for defendant has submitted a letter to the Court dated November 19, 2019, enclosing a subpoena for the Court's signature.

IT IS HEREBY ORDERED that if the government intends to quash or modify the subpoena it shall do so on or before December 5, 2019, at 11:00 a.m.

Dated: New York, New York
December 2, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.