

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

December 5, 2019

**BY ECF**

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  **United States v. Tortora, S1 18 Cr. 537 (SHS)**

Dear Judge Stein:

The Government writes respectfully to request a brief extension of the date and time by which it must respond to the defendant's request for a subpoena pursuant to Federal Rule of Criminal Procedure 17(c). The Court had previously ordered the Government to file any response on or before December 5, 2019, at 11:00 a.m. The Government respectfully requests an extension of one day until December 6, 2019, at 11:00 a.m.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/
Jessica Fender / Anden Chow /
Lauren Schorr Potter
Assistant United States Attorneys
(212) 637-2276 / 2348 / 2299

cc: All Defense Counsel (by ECF)

SO ORDERED 12/5/19

SIDNEY H. STEIN
U.S.D.J.

1