USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 18-Cr-537 (SHS)

    -v- :

       ORDER

JOHN TORTORA, :

          Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that there will be a pretrial conference regarding defendant's request for a subpoena and his motion to suppress on Friday, December 20, 2019, at 12:00 p.m.

Dated: New York, New York
       December 6, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.