USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA, : 18-Cr-537 (SHS)

-v- :

JOHN TORTORA, : ORDER

        Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        IT IS HEREBY ORDERED that the transcript of the proceeding on January 14, 2020, shall be sealed, pending redactions by the parties.

Dated: New York, New York
       January 15, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.