

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2020

January 17, 2020

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007


MEMO ENDORSED

Re:   United States v. Tortora, S1 18 Cr. 537 (SHS)

Dear Judge Stein:

The Government writes to propose the following pretrial schedule, which the parties have agreed upon, and to request that the Court schedule a final pretrial conference on March 25, 2020:

- The Government will provide defense counsel an enterprise letter by February 14, 2020;

- The Government will produce 3500 material by March 1, 2020, pursuant to a protective order, which will include a provision that no 3500 material may be left in the MDC or any other detention center, with certain designated materials to be produced on an attorneys' eyes only basis until March 16, 2020;

- The parties will exchange reciprocal expert notices, the parties will file motions in limine, and the Government will provide Rule 404(b) notice by March 2, 2020;

- The Government will provide defense counsel with a preliminary exhibit list by March 9, 2020;

Hon. Sidney H. Stein  Page 2
January 17, 2020

- The parties will file responses to motions in limine and any proposed voire dire by March 16, 2020;

- The parties will file requests to charges by March 24, 2020;

- The parties will appear for a final pretrial conference on March 25, 2020, at 3:00 pm. The trial will commence on March 30 at 9:30 AM.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Lauren Schorr Potter
Justin V. Rodriguez
Assistant United States Attorneys
(212) 637-2276 / 2348 / 2299

cc: Counsel of record (by ECF)

SO ORDERED 1/17/2020

SIDNEY H. STEIN
U.S.D.J.