

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2020

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Tortora, S1 18 Cr. 537 (SHS)

Dear Judge Stein:

The Government writes, with the consent of defense counsel, to respectfully request a two-day extension until March 4, 2020 of the parties' deadline to exchange reciprocal expert notices, to file motions in limine, and the Government's deadline to provide Rule 404(b) notice. For the past several days, the parties have been engaged in substantial discussions about a potential resolution of this case. Those discussions, however, have now concluded without a resolution. Defense counsel, Barry Levin, consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/
Lauren Schorr Potter
Justin V. Rodriguez
Assistant United States Attorneys
(212) 637-2276 / 2348 / 2299

cc: Counsel of record (by ECF)

SO ORDERED 3/2/20

SIDNEY H. STEIN
U.S.D.J.