LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
of counsel
emilygolublaw@gmail.com

* ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

February 4, 2021

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **U.S. v. John Tortora,**
**18 Cr. 537 (SHS)**

Dear Judge Stein:

We write on John Tortora's behalf to: (1) to request an adjournment of the date for Mr. Tortora's *Fatico* hearing, (2) to inform the Court that we have reached an agreement with the government on the exchange of material in advance of that hearing and (3) to request that the Court modify Mr. Tortora's home confinement. The government does not object to the requested bail modification.

1. By Order dated December 11, 2020 (Doc 118), the Court scheduled Mr. Tortora's *Fatico* hearing for March 1, 2021. Because of continuing concerns related to the Covid-19 pandemic, with the government's consent, we request an adjournment of that hearing until any day the week of June 7, 2021, subject to the Court's availability.

2. We have agreed that the parties will exchange Rule 26.2 and 3500 material two weeks prior to the scheduled date of the hearing.

3. The government does not object to the modification of Mr. Tortora's bond from home incarceration to a curfew as may be set by pretrial services. Since Mr. Tortora's March 20, 2020 release on a two million dollar secured bond, he has been compliant with all his release terms. The ordered electronic monitoring would remain in place so Pretrial can enforce an evening curfew. The government has already consulted with Mr. Tortora's pretrial officer.

LEVITT & KAIZER
ATTORNEYS AT LAW

Hon. Sidney H. Stein
February 4, 2021
Page-2-

      We therefore respectfully request that the Court set a date for Mr. Tortora's *Fatico* hearing and modify the terms of Mr. Tortora's release to replace home incarceration with home curfew to be set in the discretion of Pretrial Services.

Respectfully submitted,

*[signature]*

Nicholas G. Kaizer
Levitt & Kaizer

Barry Levin Esq.
*Attorneys for John Tortora*

cc:    AUSA Justin Rodriguez
       AUSA Christopher Clore
       AUSA Lauren Schorr Potter
       USPO Gianfranco Furelli

**The *Fatico* hearing is adjourned to June 10, 2021, at 11:00 a.m. Defendant's request to modify the terms of his release to replace home incarceration with home curfew to be set at the discretion of pretrial services is granted.**

**Dated:**  New York, New York
          February 4, 2021

SO ORDERED

*[signature]*
_____
SIDNEY H. STEIN
U.S.D.J.