UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 18-Cr-537 (SHS) |
| JOHN TORTORA, | |
| Defendant. | ORDER |

---

SIDNEY H. STEIN, U.S. District Judge.

It is HEREBY ORDERED that the *Fatico* hearing scheduled in this matter for January 14, 2022 at 12:00 pm is cancelled. Sentencing is set for January 24, 2022 at 2:00 pm. The defense may update its sentencing submission (ECF No. 115) by January 7, 2022. The Government may update its sentencing submission (ECF No. 119) by January 14, 2022.

Dated: New York, New York
       December 17, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.