LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
   of counsel
emilygolublaw@gmail.com

\* ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

January 18, 2022

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: United States v. John Tortora,
                <u>18 Cr. 537 (SHS)</u>

Dear Judge Stein:

      In advance of Mr. Tortora's sentencing, scheduled for Monday, January 24, we seek the Court's permission for Mr. Tortora's daughter, Serena, to briefly address the Court.

                Respectfully,

                Richard Levitt

cc: AUSA Justin Rodriguez (via ECF and email).